**Motion for Rehearing Granted; Memorandum Opinion filed August 21, 2012, Withdrawn, Appeal Reinstated, and Order filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO.  14-11-00854-CV
_____

**TIFFANY DIGGS, Appellant**

**V.**

**RANDOLPH DIGGS, JR., Appellee**

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2009-81634**

## ORDER

On August 21, 2012, this Court issued an opinion dismissing this appeal.  On September 20, 2012, appellant filed a motion for rehearing.  The motion is granted.

This Court's opinion filed August 21, 2012, is withdrawn, and our judgment of that date is vacated.  The appeal is ordered reinstated.

PER CURIAM